No. 84. STONEBRAKER-ZEA COMPANY, APPELLANT, *v.* UNITED STATES. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Submitted January 23, 1918. Decided January 28, 1918. *Per Curiam.* Judgment affirmed upon the authority of *McCaskill Co.* v. *United States*, 216 U. S. 504, 514; *Washington Securities Co.* v. *United States*, 234 U. S. 76, 78; *Wright-Blodgett Co.* v. *United States*, 236 U. S. 397, 402, 405; *Causey* v. *United States*, 240 U. S. 399, 401; and cause remanded to the District Court of the United States for the Western District of Oklahoma. *Mr. Henry B. Martin* for appellant. *Mr. Assistant Attorney General Kearful* for the United States.

---

No. 167. JOHN E. ROLLER, PLAINTIFF IN ERROR, *v.* LINDSAY M. ARMENTROUT. In error to the Supreme Court of Appeals of the State of Virginia. Submitted January 25, 1918. Decided January 28, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Deming* v. *Carlisle Packing Co.*, 226 U. S. 102, 105; *Consolidated Turnpike* v. *Norfolk &c. Ry. Co.*, 228 U. S. 596, 600; *Ennis Water Works* v. *Ennis*, 233 U. S. 652, 658; *Stewart* v. *Kansas City*, 239 U. S. 14; (2) *Eustis* v. *Bolles*, 150 U. S. 361; *Leathe* v. *Thomas*, 207 U. S. 93; *Holden Land Co.* v. *Inter-State Trading Co.*, 233 U. S. 536, 541; *Mellon Co.* v. *McCafferty*, 239 U. S. 134. *Mr. John E. Roller pro se. Mr. Everett Dulaney Ott* for defendant in error.